| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | DALE J. GIALI (SBN 150382) |
| 2 | *dgiali@mayerbrown.com* |
| | KERI E. BORDERS (SBN 194015) |
| 3 | *kborders@mayerbrown.com* |
| | REBECCA B. JOHNS (SBN 293989) |
| 4 | *rjohns@mayerbrown.com* |
| | 350 South Grand Avenue, 25th Floor |
| 5 | Los Angeles, CA  90071-1503 |
| | Telephone: (213) 229-9500 |
| 6 | Facsimile:  (213) 625-0248 |

Attorneys for Defendants
Plum, PBC d/b/a Plum Organics (erroneously sued as Plum Inc.) and Campbell Soup Company

[Additional Party on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHRYN WORKMAN, on behalf of herself and all others similarly situated, | Case No. 3:15-cv-02568-WHA |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| PLUM INC., D/B/A PLUM ORGANICS, and CAMPBELL SOUP COMPANY, | Complaint Filed:  June 9, 2015 |
| Defendants. | |

Plaintiff Kathryn Workman and defendants Plum, PBC d/b/a Plum Organics (erroneously sued as Plum Inc.) and Campbell Soup Company (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 9, 2015, plaintiff filed the Complaint in the above-captioned action, naming both Plum, PBC ("Plum") and its parent company, Campbell Soup Company, as defendants;

WHEREAS, on August 25, 2015, the Parties conferred and agreed, based on representations made by Plum and Campbell Soup Company, to dismiss Campbell Soup Company without prejudice;

WHEREAS, NOW, THEREFORE, the Parties through their respective counsel HEREBY STIPULATE AND AGREE to dismiss the above-captioned action without prejudice as to defendant Campbell Soup Company pursuant to Fed. R. Civ. P. 41(a)(1)(A).

IT IS SO STIPULATED.

DATED: August 26, 2015

MAYER BROWN LLP
Dale J. Giali
Keri E. Borders
Rebecca B. Johns

By: /s/ *Keri E. Borders*
Keri E. Borders
Attorneys for Defendants
Plum, PBC d/b/a Plum Organics and Campbell Soup Company

DATED: August 26, 2015

DENLEA & CARTON LLP
Jeffrey I. Carton
Robert J. Berg

CALDWELL LESLIE & PROCTOR, PC
Robyn C. Crowther
Lennette W. Lee
Cameron J. Johnson

By: /s/ *Robyn C. Crowther*
Robyn C. Crowther
Attorneys for Plaintiff Kathryn Workman

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, it is **SO ORDERED** that this action is dismissed without prejudice as against Campbell Soup Company pursuant to Fed. R. Civ. P. 41(a)(1)(A).

DATED: August 31, 2015.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

## ATTESTATION

I, Keri E. Borders, hereby attest, pursuant to N.D. Cal. Local. Rule 5.1(i)(3), that concurrence to the filing of this document has been obtained from each signatory.

By:   /s/ *Keri E. Borders*