CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, State Bar No. 193840
  *crowther@caldwell-leslie.com*
LENNETTE W. LEE, State Bar No. 263023
  *lee@caldwell-leslie.com*
CAMERON J. JOHNSON, State Bar No. 266729
  *cjohnson@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

DENLEA & CARTON
JEFFREY I. CARTON (*pro hac vice pending*)
  *jcarton@denleacarton.com*
ROBERT J. BERG (*pro hac vice pending*)
  *rberg@denleacarton.com*
2 Westchester Park Drive, Suite 410
White Plains, New York  10604
Telephone: (914) 331-0100
Facsimile: (914) 331-0105

Attorneys for  KATHRYN WORKMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHRYN WORKMAN, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>PLUM INC., D/B/A/ PLUM ORGANICS, and CAMPBELL SOUP COMPANY,<br><br>            Defendants. | Case No. CV15-2568-WHA<br><br>Honorable William H. Alsup<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

**STIPULATION**

Plaintiff Kathryn Workman and Defendant Plum, PBC d/b/a Plum Organics (erroneously sued as Plum Inc.) (collectively, the "Parties")[1], by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 9, 2015, Plaintiff filed the Complaint in the above-captioned action;

WHEREAS, the Initial Case Management Conference in this matter is scheduled for Thursday, September 17, 2015, at 11:00 a.m.;

WHEREAS, Defendant Plum, PBC ("Plum") filed its Motion to Dismiss the Complaint ("Motion") on August 27, 2015;

WHEREAS, Plum's Motion is scheduled to be heard on Thursday, October 29, 2015, at 8:00 a.m.;

WHEREAS, the Parties agree that, to conserve the Parties' resources as well as those of the Court, the Initial Case Management Conference should be continued so that it may occur on the same day as the hearing on Plum's Motion;

WHEREAS, NOW, THEREFORE, the Parties, by and through their respective counsel, HEREBY STIPULATE AND REQUEST that the Initial Case Management Conference be continued from September 17, 2015, at 11:00 a.m. to October 29, 2015, at 8:00 a.m., and that the deadlines associated with the Initial Case Management Conference, including the Parties' deadlines to complete their conference pursuant to Federal Rule of Civil Procedure 26(f) and to make initial disclosures pursuant to Rule 26(a)(1), be continued accordingly.

//
//
//
//
//

---

[1] The Complaint also named Campbell Soup Company ("CSC") as a Defendant. On August 26, 2015, the Parties stipulated to dismiss CSC. CSC was dismissed on August 31, 2015.

**IT IS SO STIPULATED.**

DATED:  September 1, 2015        CALDWELL LESLIE & PROCTOR, PC

By  /s/ Robyn C. Crowther
ROBYN C. CROWTHER
Attorneys for KATHRYN WORKMAN

DATED:  September 1, 2015        MAYER BROWN LLP

By  /s/ Keri E. Borders
KERI E. BORDERS
Attorneys for PLUM INC., d/b/a PLUM ORGANICS

**[PROPOSED] ORDER**

Pursuant to Plaintiff Kathryn Workman and Defendant Plum, PBC d/b/a Plum Organics's (erroneously sued as Plum Inc.) (collectively, the "Parties") stipulation, it is HEREBY ORDERED that the Initial Case Management Conference in this matter is continued from Thursday, September 17, 2015, at 11:00 a.m. to Thursday, October 29, 2015, at 8:00 a.m.  All deadlines associated with the Initial Case Management Conference, including the Parties' deadlines to complete their conference pursuant to Federal Rule of Civil Procedure 26(f) and to make initial disclosures pursuant to Rule 26(a)(1), are continued accordingly.

**IT IS SO ORDERED.**

DATED:  September 2, 2015.

HONORABLE WILLIAM H. ALSUP
United States District Judge

**ATTESTATION**

I, Robyn C. Crowther, hereby attest, pursuant to N.D. Cal. Local Rule 5.1(i)(3), that concurrence to filing this document has been obtained from each signatory.

By:  */s/ Robyn C. Crowther*