IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN WORKMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>PLUM INC.,<br><br>    Defendant.<br>_____ / | No. C 15-02568 WHA<br><br>**NOTICE RE OPPORTUNITIES<br>FOR YOUNG ATTORNEYS** |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

Dated: October 16, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE