IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHRYN WORKMAN, on behalf of herself
and all others similarly situated,

    Plaintiff,

 v.

PLUM INC., D/B/A/ PLUM ORGANICS,

    Defendant.

No. C 15-02568 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Plum Inc. and against plaintiff Kathryn Workman. The Clerk **SHALL PLEASE CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: November 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE